# MEMORANDUM DECISIONS

In the Matter of the Application of Margaret N. HERNANDEZ, Administratrix of the Estate of Arturo Hernandez-Mejia. (Court of Appeals of District of Columbia. Submitted May 14, 1924. Decided June 2, 1924.) Patent Appeal No. 1663. Benjamin Roman, of New York City, for appellant. Theodore A. Hostetler, of Washington, D. C., for Commissioner of Patents. Before ROBB and VAN. ORSDEL, Associate Justices, and SMITH, Judge of the United States Court of Customs Appeals.

PER CURIAM. Appeal from concurrent decisions of the Patent Office tribunals refusing to allow this reissue application with broader claims, it having been filed almost three years after the issuance of the original patent. The Patent Office tribunals have carefully considered the facts and have found that no special circumstances have been shown to excuse the delay. We concur in this finding. See In re Starkey, 21 App. D. C. 519. In re Ams, 29 App. D. C. 91, and In re Otto, 259 Fed. 985, 49 App. D. C. 89. The decision is affirmed. Affirmed.

In the Matter of the Application of LANDIS MACHINE COMPANY. (Court of Appeals of District of Columbia. Submitted May 13, 1924. Decided June 2, 1924.) Patent Appeal No. 1661. E. W. Bradford, of Washington, D. C., for appellant. Theodore A. Hostetler, of Washington, D. C., for Commissioner of Patents. Before ROBB and VAN ORSDEL, Associate Justices, and SMITH, Judge of the United States Court of Customs Appeals.

PER CURIAM. Appeal from a Patent Office decision refusing to register as a trade-mark the name "Landis," written within a diamond-shaped border; the middle letters being of a height substantially equal to the height of the center of the diamond and the other letters decreasing toward each end. This case is ruled by our decision in National Cigar Stands Co. v. Frishmuth Bro. & Co., Inc., 54 App. D. C. 275, 297 Fed. 348, No. 1624, present term. The decision is affirmed. Affirmed.

In the Matter of Isidore ABRAHAM and Naeman Joseph, individually, etc., Bankrupts. George W. Harrington, Appellant. (Circuit Court of Appeals, Second Circuit. May 1, 1924.) No. 354. Appeal from the District Court of the United States for the Southern District of New York. Charles M. Norden, of New York City (Isidore H. Levey, of New York City, of counsel, and Millard E. Theodore, of New York City, on the brief), for appellant. Joseph Krinsky, of New York City, for appellee. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Order reversed in open court.